No. 43621.—Protests 870371–G, etc., of John A. Alban & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 2, 1940

No. 43622.—Protest 941252–G/87562 of Chicago Mail Order Co. (Chicago).

Opinion by TILSON, J. It was stipulated that the merchandise consists of harmonicas similar to those involved in Abstract 40586. The claim at 40 percent under paragraph 1541 was therefore sustained as to certain items.

No. 43623.—Protest 804086–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37636 lacquered cabinets in chief value of wood were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 43624.—Protest 695912–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Beach balls at 30 percent under paragraph 1502, *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) followed; (2) kazoos in chief value of metal at 45 percent under paragraph 397, Abstract 32264 followed; (3) fur animals similar to those the subject of Abstract 25607 at 50 percent under paragraph 1519 (e); (4) novelties in chief value of rubber at 25 percent under paragraph 1537 (b), Abstracts 25607 and 41517 followed; and (5) siren whistles and horns in chief value of metal at 45 percent under paragraph 397, Abstracts 39948 and 40480 followed.

BEFORE THE SECOND DIVISION, MAY 2, 1940

No. 43625.—Protest 241729–G of L. Nachetinovich & Co. (New York).

Opinion by TILSON, J. Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) were held dutiable at 75 percent under paragraph 1430 as claimed.